UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| NICOLAI MORK, | Case No. 3:21-cv-00077-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| PERRY RUSSELL, et al., | |
| Defendants. | |

**I.  DISCUSSION**

This action began with a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. (ECF No. 1.) Plaintiff paid $400 of the $402 filing fee for civil cases. (*Id.*) The Court notes that the filing fee for civil cases increased from $400 to $402 on December 1, 2020, and Plaintiff may not have been aware of this increase. On February 10, 2021, the Court issued a minute order requiring Plaintiff to either pay the remaining $2 toward the $402 filing fee or submit a complete application to proceed *in forma pauperis* by April 5, 2021.

Plaintiff has not paid the remaining $2, filed an application to proceed *in forma pauperis*, or otherwise responded to the Court's order. It is possible that Plaintiff did not understand the Court's order. In light of Plaintiff's *pro se* status, the Court will give Plaintiff an extension until July 5, 2021 to either pay the remaining $2 of the filing fee, or filing a complete application to proceed *in forma pauperis*. Absent unusual circumstances, the Court will not grant an extension of this deadline. If Plaintiff fails to pay the remaining $2 or file a complete application to proceed *in forma pauperis*, this case will be subject to dismissal without prejudice.

**II.  CONCLUSION**

For the foregoing reasons, it is ordered that on or before July 5, 2021, Plaintiff will either pay the remaining $2 toward the filing fee for a civil action or file a complete application to proceed *in forma pauperis*.

It is further ordered that if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS 5th day of May 2021.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE