AARON D. FORD
  Attorney General
ANDREW C. NELSON, Bar No. 15971
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1227
E-mail:  acnelson@ag.nv.gov

*Attorneys for Defendants*
*Kathy Henderson, Martin Naughton,*
*and Perry Russell*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLAI MORK,<br><br>                Plaintiff,<br><br>vs.<br><br>PERRY RUSSELL, et al.,<br><br>                Defendants. | Case No.  3:21-cv-00077-MMD-CSD<br><br>**ORDER GRANTING STIPULATION FOR ADDITIONAL TIME FOR ENTRY OF APPEARANCE AND TO FILE PRE TRIAL ORDER** |

Plaintiff, Nicolai Mork, *pro se*, and Defendants, Kathy Henderson, Martin Naughton, and Perry Russell, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Andrew C. Nelson, Senior Deputy Attorney General, hereby agree and stipulate for additional time for new counsel to enter her appearance, participate in preparation of a Pre Trial Order, and evaluate any other issues to raise before the Court as counsel for Plaintiff.

## I.    INTRODUCTION & BACKGROUND

Plaintiff, proceeding up to this point *pro se*, has recently obtained counsel, Anna Holland Edwards of Denver Colorado, to represent him in trial.  Ms. Holland Edwards is not admitted in Nevada and is the process of obtaining local counsel for the purposes of entering her appearance in this matter.

In order to familiarize herself with any issues that need to be raised prior to, or in, a Pre-Trial Order in this matter, Ms. Holland Edwards contacted Mr. Nelson and proposed

a six-week extension of time for the Pre-Trial Order, currently due April 17, 2024.

**II.    REASONS WHY DEADLINE SHOULD BE EXTENDED**

The parties have conferred regarding the upcoming deadline of April 17, 2024, and in order for Ms. Holland Edwards to confer with Plaintiff and familiarize herself with this matter before entering the Joint Pretrial Order the deadline should be extended. As such, the parties have agreed an extension of time is warranted for the Joint Pretrial Order.

During this time, Ms. Holland Edwards will arrange to enter her appearance and confer with Mr. Nelson about any issues related to preparing the matter for trial.

**III.    PROPOSED EXTENDED DEADLINE**

The parties stipulate to a six-week extension up to and including **Wednesday, May 29, 2024**, to submit the Parties' Joint Pretrial Order pursuant to the Court's Order which will be sufficient for Ms. Holland Edwards to make her appearance and familiarize herself with this matter.

**IV.    CONCLUSION**

For the reasons set forth above, the parties stipulate and agree to a six-week extension of time up to and including **Wednesday, May 29, 2024**, to submit the Parties' Joint Pretrial Order.

DATED this 10th day of April, 2024.           DATED this 10th day of April, 2023.

                                               AARON D. FORD
                                               Attorney General

By:  */s/ Nicolai Mork*               By:  */s/ Andrew C. Nelson*
     NICOLAI MORK                          ANDREW C. NELSON, Bar No. 15971
     *Plaintiff, pro se*                   Senior Deputy Attorney General
                                           *Attorneys for Defendants*

It is therefore ordered that this stipulation is approved and hereby constitutes the order of the Court.

DATED THIS 11th Day of April 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE