ANNA HOLLAND EDWARDS
Colorado Bar No. 35811
RACHEL KENNEDY
Colorado Bar No. 54038
Holland, Holland Edwards, & Grossman, LLC
1437 N. High Street
Denver, CO 80218
Phone: (303) 860-1331
anna@hheglaw.com
*Attorneys for Plaintiff, pro hac vice*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICOLAI MORK,<br>Plaintiff,<br>vs.<br>PERRY RUSSELL, et al.,<br>Defendants. | Case No. 3:21-cv-00077-MMD-CSD<br><br>**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS** |

Plaintiff Nicolai Mork, by and through counsel, Anna Holland Edwards and Rachel Kennedy, hereby submits the following Proposed *Voir Dire* Questions to be read to prospective jurors at the time of jury selection.

## I. INTRODUCTION

The plaintiff's proposed *voir dire* questions assume the Court will discuss the trial timeline and ask questions related to the following:

- County of residence;
- Own or rent home;
- Job and job history;
- Marital status (spouse occupation if so);
- Kids (and jobs or ages);
- Education;
- Prior juror experience;

- General hardship of jury service;
- Unconscious bias; and,
- Familiarity with the case, parties, witnesses, lawyers, courtroom staff or other jurors.

## II. PROPOSED QUESTIONS

***General History with Court & Court Concepts***

1. Have you, a family member, or a close friend ever filed a lawsuit or been sued?
2. Have any of you ever testified in any court proceeding or had your deposition taken?
3. Are you, a family member, or a close friend employed in the legal field? If so, in what capacity?
4. Do you have any negative or positive impressions about lawyers or the legal field, in general, that would affect your ability to be fair and impartial in this case?
5. In civil cases like these, the burden is not beyond a reasonable doubt like in criminal cases – it is what is called 'preponderance of the evidence' or 'more likely than not.' Does anyone feel like they would have a hard time finding for the plaintiff if he only proved his case to be more likely than not, or 51%?

***Prison & Medical/Dental Care***

1. Now that you've heard a brief statement about the case, do any of you have any particular feelings about the subject matter of this case?
2. Have you had any particularly positive or negative interactions with law enforcement? Please describe them.
3. Have you, a family member, or a close friend ever worked in any position that you consider to be in the field of law enforcement?
4. Have you, a family member, or a close friend ever worked in a jail or prison? If so, in what capacity?
5. Have you, a family member, or a close friend ever been arrested or incarcerated?

6. Do you have any particular opinions regarding the prison system, prison conditions, or the treatment of inmates?
7. Have you, a family member, or a close friend ever worked for the Nevada Department of Corrections? If so, in what capacity?
8. Have you, a family member, or a close friend ever worked for the State of Nevada? If so, in what capacity?
9. Have you, a family member, or a close friend ever worked in the medical field? If so, in what capacity?
10. In general, do you trust the government and government employees?
11. In general, do you trust people who work in the medical profession more than the general population?
12. In general, do you trust people who work in law enforcement or in prisons to be more truthful than an inmate?
13. In general, do you believe incarcerated inmates are prone to lie more than the general population?
14. In general, do you believe the government spends too much to take care of incarcerated inmates?
15. Would any of you have a hard time finding that a person who was convicted of a crime was entitled to medical or dental care while incarcerated?
16. Anyone think that there are specific types of medical care that shouldn't be provided to inmates?

***Damages***

17. In civil cases like these, the way our system compensates people who have their rights violated is with money damages. Do you have an opinion about the idea of awarding money for pain and suffering?

18. Anyone think that money is not the right way to compensate people for severe pain or emotional distress?

19. Does anyone have a strong opinion about awarding money to a person who has a criminal history?

20. If the court instructed you that you were allowed to award punitive damages against the Defendants, for the purpose of punishing them and preventing others from committing the same wrongs, do you have any beliefs that would prevent you from considering punitive damages?

DATED this 10th day of June, 2025.

By: *_/s/ Anna Holland Edwards_*
ANNA HOLLAND EDWARDS
Colorado Bar No. 35811
RACHEL KENNEDY
Colorado Bar. No. 54038
Holland, Holland Edwards, & Grossman, LLC
1437 N. High Street
Denver, CO 80218
Phone: (303) 860-1331
anna@hheglaw.com
*Attorneys for Plaintiff, pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June 2025, the foregoing **PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS** via this Court's electronic filing system. Parties that are registered with the Court's electronic filing system will be served electronically.

*/s/ Brooke Thiele-LaForest*
Brooke Thiele-LaForest
Paralegal