ANNA HOLLAND EDWARDS
Colorado Bar No. 35811
RACHEL KENNEDY
Colorado Bar No. 54038
Holland, Holland Edwards, & Grossman, LLC
1437 N. High Street
Denver, CO 80218
Phone: (303) 860-1331
anna@hheglaw.com
*Attorneys for Plaintiff, pro hac vice*

AARON D. FORD
Attorney General
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
MARK HACKMANN, Bar No. 16704
Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov
mhackmann@ag.nv.gov
*Attorneys for Defendants Kathleen Hendersonand Dr. Martin Naughton*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NICOLAI MORK,

Plaintiff,

vs.

PERRY RUSSELL, et al.

Defendants.

Case No. 3:21-cv-00077-MMD-CDS

**JOINT STATEMENT OF THE CASE**

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff Nick Mork was a prisoner at Stewart Conservation Camp, a low security prison, between 2019 and 2021. He alleges that while he was there, he experienced severe dental pain and a debilitating full body rash.

Mr. Mork alleges Nurse Henderson knew he had serious dental problems and delayed dental treatment. Mr. Mork alleges that, despite repeatedly telling Nurse Henderson that he had a rotten tooth and he was in significant, constant and unaddressed pain, he received no dental care or adequate pain medications for approximately a year.

Mr. Mork also alleges that he repeatedly sought medical care from Dr. Naughton and Nurse Henderson for his full body rash, but that he was denied access to a dermatologist who could treat his rash. He further alleges that Dr. Naughton and Nurse Henderson threatened to punish him, withhold care, or transfer him to a high security prison if he continued to seek help.

Mr. Mork alleges that Nurse Henderson and Dr. Naughton were deliberately indifferent to his serious medical and dental needs, causing him to suffer needless intense pain, discomfort, emotional distress and to require significant dental procedures upon his release in 2021.

Mr. Mork seeks compensatory and punitive damages.

The Defendants deny all of Mr. Mork's claims.

DATED this 10th day of June, 2024

| | |
|---|---|
| HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC | AARON D. FORD<br>Attorney General |
| By: */s/ Anna Holland Edwards*<br>ANNA HOLLAND EDWARDS<br>Colo. Bar No. 35811 | By: */s/ Douglas R. Rands*<br>DOUGLAS R. RANDS<br>Nevada Bar No. 3572 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June 2025, the foregoing **JOINT STATEMENT OF THE CASE** via this Court's electronic filing system. Parties that are registered with the Court's electronic filing system will be served electronically.

*/s/ Brooke Thiele-LaForest*
Brooke Thiele-LaForest
Paralegal