**FIRST AMENDED JOINT TRIAL EXHIBIT LIST** 

**Case No. 3:21-cv-00077-MMD-CSD**
***NICOLAI MORK v. PERRY RUSSELL, et al.***

Exhibits for: Plaintiff and Defendants

| EXHIBIT NO. | DATE MARK | DATE ADMIT | WITNESS | STIPULATE[1] | DESCRIPTION |
|---|---|---|---|---|---|
| **JOINT TRIAL EXHIBITS** | | | | | |
| 1 | | | | Yes | AR 600 – Health Care Services, eff. 2024-03-14 |
| 2 | | | | Yes | AR 601 – Medical Quality Management Program, eff. 2014-10-20 |
| 3 | | | | Yes | AR 602 – Statistics and Report, eff. 2014-10-20 |
| 4 | | | | Yes | AR 613 – Access to Care, eff. 2012-06-17 |
| 5 | | | | Yes | AR 614 – Health Classifications, eff. 2023-08-30 |
| 6 | | | | Yes | AR 615 – Levels And Continuity of Care, eff. 2013-10-15 |
| 7 | | | | Yes | AR 617 – Inmate Sick Call, eff. 2017-05-16 |
| 8 | | | | Yes | AR 631 – Dental Services, eff. 2015-05-19 |
| 9 | | | | Yes | AR 635 – Medication Distribution, Control and Security, eff. 2015-05-19 |

[1] The parties have agreed that exhibited marked stipulated may be used in front of the jury and submitted without objection, but only those exhibits that are used will be admitted go back with the jury for deliberations.

**Case No. 3:21-cv-00077-MMD-CSD**
***NICOLAI MORK v. PERRY RUSSELL, et al.***

Exhibits for: Plaintiff and Defendants

| EXHIBIT NO. | DATE MARK | DATE ADMIT | WITNESS | STIPULATE[1] | DESCRIPTION |
|---|---|---|---|---|---|
| 10 | | | | Yes | MD 408 – Dental Services (2020-2022) |
| 11 | | | | Yes | MD 422 – Outside Medical Appointments Priority System |
| 12 | | | | Yes | MD 427 – Interfacility Transfer for Medical Reasons |
| 13 | | | | Yes | MD 443 – Medical Kite/Service Report, Use of |
| 14 | | | | Yes | Medical Records |
| 15 | | | | Yes | Bed History |
| 16 | | | | Yes | Daily Shift Logs -- Selected |
| 17 | | | | Yes | Recorded Phone calls -- Selected |
| **PLAINTIFF'S TRIAL EXHIBITS** | | | | | |
| 18 | | | | Yes | Dr. Fishbein Amazon Order |
| 19 | | | | Defense objects | Adam Plumer notes |
| 20 | | | | Defense objects | Mork letters to Dr. Fishbein |
| 21 | | | | Yes | ADCO Progress Notes & X-rays |
| 22 | | | | Yes | Las Vegas Dental Records |
| 23 | | | | Yes | Penn Dental Records |
| 24 | | | | Yes | Dental Receipts and Estimates |
| 25 | | | | Defense objects | Declaration of Kathy Henderson |
| 26 | | | | Defense objects | Declaration of Martin Naughton |
| 27 | | | | Defense objects | Declaration of Nicolai Mork |

**Case No. 3:21-cv-00077-MMD-CSD**
***NICOLAI MORK v. PERRY RUSSELL, et al.***

Exhibits for: Plaintiff and Defendants

| EXHIBIT NO. | DATE MARK | DATE ADMIT | WITNESS | STIPULATE[1] | DESCRIPTION |
|---|---|---|---|---|---|
| 28 | | | | Defense objects | Declaration of Perry Russell[2] |
| 29 | | | | Defense objects | Declaration of Charles Daniels |
| 30 | | | | Yes | Complaint, filed February 9, 2021 |
| 31 | | | | Defense objects | Dr. Naughton Responses and Supplements to Discovery Responses |
| 32 | | | | Defense objects | Kathy Henderson Responses and Supplements to Discovery Responses |
| 33 | | | | | Demonstrative photos of similar rashes |
| 34 | | | | | Slideshow demonstrative prepared by Dr. Flynn and disclosed with expert disclosures |
| 35 | | | | | Expert File of Dr. Thomas Flynn, including CV, report, diagrams, slideshow evidence cited or referred to in Dr. Flynn's Reports |
| 36 | | | | | Any document necessary for rebuttal or impeachment purposes |
| **DEFENDANTS' TRIAL EXHIBITS** | | | | | |

[2] The parties have agreed that Warden Breitenbach and DON Smith (within her discipline) will be familiar with and testify consistently with the declarations of Perry Russell and Charles Daniels, such that those declarations could be used to impeach inconsistent testimony. Counsel for Defendants has agreed to alert Plaintiff if there are any anticipated deviations from those declarations upon meeting with witnesses.

**Case No. 3:21-cv-00077-MMD-CSD**
***NICOLAI MORK v. PERRY RUSSELL, et al.***

Exhibits for: Plaintiff and Defendants

| EXHIBIT NO. | DATE MARK | DATE ADMIT | WITNESS | STIPULATE[1] | DESCRIPTION |
|---|---|---|---|---|---|
| 500 | | | | Plaintiff objects based on late disclosure and based on F.R.E. 401, 402, and 403 and based on stipulation that criminal history will not be admitted unless the door is opened. | Certified Judgment(s) of Conviction of Plaintiff for underlying offense (only if needed for impeachment) |
| 501 | | | | Plaintiff objects based on late disclosure and based on F.R.E. 401, 402, and 403 and based on stipulation that criminal history will not be admitted | Plaintiff's Institutional File ("I-File") |

**Case No. 3:21-cv-00077-MMD-CSD**
***NICOLAI MORK v. PERRY RUSSELL, et al.***

Exhibits for: Plaintiff and Defendants

| EXHIBIT NO. | DATE MARK | DATE ADMIT | WITNESS | STIPULATE[1] | DESCRIPTION |
|---|---|---|---|---|---|
| | | | | unless the door is opened. | |