
Case 3:21-cv-00077-MMD-CSD   Document 119   Filed 06/13/25   Page 1 of 4


ANNA HOLLAND EDWARDS
Colorado Bar No. 35811
RACHEL KENNEDY
Colorado Bar No. 54038
Holland, Holland Edwards, & Grossman, LLC
1437 N. High Street
Denver, CO 80218
Phone: (303) 860-1331
anna@hheglaw.com
*Attorneys for Plaintiff, pro hac vice*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICOLAI MORK,<br><br>    Plaintiff,<br><br>vs.<br><br>PERRY RUSSELL, et al.,<br><br>    Defendants. | Case No. 3:21-cv-00077-MMD-CSD<br><br>**STIPULATION OF THE PARTIES WITH PROPOSED STIPULATED FACT INSTRUCTION** |

The parties have stipulated to the below proposed Stipulated Fact instruction, conditional on the understanding that this instruction will not change how the parties may present the evidence or cut off any avenues of proof of various facts and their context regardless of whether a given fact has been stipulated.

**Proposed Instruction**

**STIPULATIONS OF FACT**

The parties have agreed to certain facts, listed below. You must therefore treat these facts as having been proved:

1. Mr. Mork submitted his first written request (known as a "kite") for medical treatment for his rash in November of 2019.

2. Mr. Mork submitted multiple kites regarding his rash between November 2019 and May 2020.

3. The rash had spread by the time Dr. Naughton saw Mr. Mork in January 2020.

4. Dr. Naughton first diagnosed the rash as dermatitis from the laundry and prescribed Mr. Mork oral and topical steroids.

5. Between January and May 2020, treatments for dermatitis from laundry did not resolve his rash.

6. Dr. Naughton took a photograph of Mr. Mork's rash on his personal phone on April 16, 2020.

1

7. On March 21, 2020, Mr. Mork submitted a kite complaining that he had a painful rotten tooth which was turning black.

8. Between March 2020 and February 2021, Mr. Mork sent several kites requesting care or stronger pain relievers.

9. Nurse Henderson received, reviewed and responded to Mr. Mork's medical kites relating to his tooth pain.

10. Nurse Henderson received and reviewed Mr. Mork's dental kites describing his tooth pain and Dental's responses to the same kites.

11. Mr. Mork first attempted to file a lawsuit regarding his dental and medical issues in February of 2021.

12. Mr. Mork first saw a dentist related to his kites on March 11, 2021.

13. Mr. Mork was released from Nevada Department of Corrections on March 24, 2021.

PROPOSED FINAL JURY INSTRUCTION NO. \_\_\_\_

NINTH CIRCUIT MODEL CIVIL JURY INSTRUCTION 2.2

1
2
3
4
5
6
7
8

DATED this 13th day of June, 2025.

By: */s/ Anna Holland Edwards*
ANNA HOLLAND EDWARDS
Colorado Bar No. 35811
RACHEL KENNEDY
Colorado Bar. No. 54038
Holland, Holland Edwards, & Grossman, LLC
1437 N. High Street
Denver, CO 80218
Phone: (303) 860-1331
anna@hheglaw.com
*Attorneys for Plaintiff, pro hac vice*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of June 2025, the foregoing **STIPULATION OF THE PARTIES WITH PROPOSED STIPULATED FACT INSTRUCTION** via this Court's electronic filing system. Parties that are registered with the Court's electronic filing system will be served electronically.

*/s/ Brooke Thiele-LaForest*
Brooke Thiele-LaForest
Paralegal

4