ANNA HOLLAND EDWARDS
Colorado Bar No. 35811
RACHEL KENNEDY
Colorado Bar No. 54038
Holland, Holland Edwards, & Grossman, LLC
1437 N. High Street
Denver, CO 80218
Phone: (303) 860-1331
anna@hheglaw.com
*Attorneys for Plaintiff, pro hac vice*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLAI MORK,<br><br>        Plaintiff,<br><br>vs.<br><br>PERRY RUSSELL, et al.,<br><br>        Defendants. | Case No.  3:21-cv-00077-MMD-CSD<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

Notice given, pursuant to Fed. R. App. P. 3 & 4, that Plaintiff Nicolai Mork, by and through counsel, hereby appeals to the United States Court of Appeals for the Ninth Circuit the portion of the Order entered on February 5, 2026, finding the Prison Litigation Reform Act ("PLRA") applies to this matter. ECF No. 170. This appeal is timely brought within 30 days of the Order as required under Fed. R. App. P. 4(a)(1)(A).

Respectfully submitted this 13th day of February, 2026.

By: */s/ Rachel Kennedy*
RACHEL KENNEDY
Colorado Bar. No. 54038
ANNA HOLLAND EDWARDS
Colorado Bar No. 35811
Holland, Holland Edwards, & Grossman, LLC
1437 N. High Street
Denver, CO 80218
Phone: (303) 860-1331
rachel@hheglaw.com
*Attorneys for Plaintiff, pro hac vice*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of February 2026, the foregoing **PLAINTIFF'S NOTICE OF APPEAL** via this Court's electronic filing system. Parties that are registered with the Court's electronic filing system will be served electronically.

*/s/ Brooke Thiele-LaForest*
Brooke Thiele-LaForest
Paralegal