ANNA HOLLAND EDWARDS
Colorado Bar No. 35811
RACHEL KENNEDY
Colorado Bar No. 54038
Holland, Holland Edwards, & Grossman, LLC
1437 N. High Street
Denver, CO 80218
Phone: (303) 860-1331
anna@hheglaw.com
*Attorneys for Plaintiff, pro hac vice*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICOLAI MORK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PERRY RUSSELL, et al.,<br><br>　　　　　Defendants. | Case No. 3:21-cv-00077-MMD-CSD<br><br>**ORDER GRANTING ATTORNEYS' FEES COSTS, AND INTEREST** |

Plaintiff, by and through counsel, proposes the following Order Granting Plaintiff Post-Verdict Attorneys' Fees, Costs, and Interest, in accordance with the Court's February 5, 2026 Order (ECF 170):

## I.   INTRODUCTION

On June 17, 2025, Plaintiff Nicolai Mork proceeded to trial on two Eighth Amendment claims arising from his treatment at Stewart Conservation Camp, a Nevada Department of Corrections facility. Following a three-day trial, the jury awarded Plaintiff $4,347,750.00 in compensatory damages. ECF No. 131. The Court entered judgment in Plaintiff's favor on June 20, 2025. ECF No. 133.

As the prevailing party, Plaintiff is entitled to to reasonable costs and post-judgment interest. Additionally, for the reasons discussed during the February 5, 2026, hearing on Defendants' motions for post-trial relief and Plaintiff's motion for costs, fees, and interest, Plaintiff is also awarded one year pre-judgment interest and post-verdict attorneys' fees. *See* ECF

1

139-143, 153-154, 158-159, 162, 165-167, 170.

## II.  PLAINTIFF'S MOTION FOR COSTS IS GRANTED

Plaintiff seeks costs as detailed in ECF 139 at pp. 23-24. Plaintiff has expended an additional $730.30 since ECF 139 was filed, as shown in **Ex. 1**. The costs sought are reasonable. Accordingly, Plaintiff's Motion for Costs to date in the amount of $32,757.81 is GRANTED.

## III. PLAINTIFF'S MOTION FOR POST-VERDICT FEES IS GRANTED

The Court finds that the rates and hours sought by Plaintiff for post-verdict attorneys' fees, including for time spent responding to Defendants' post-verdict motions and raising the motion for attorneys' fees, as detailed in **Ex. 2** and **Ex. 3**, are reasonable and not subject to reduction based on the Prison Litigation Reform Act. *See Woods v. Carey*, 722 F.3d 1177, 1184 (9th Cir. 2013) (holding that the PLRA fee cap does not apply to fees incurred in defending a judgment in favor of a prisoner on appeal). The Court notes that Plaintiff has exercised billing judgment by voluntarily reducing fees in many instances where two or more attorneys participated in the billed work, which further underscores the reasonableness of the lodestar calculations. Plaintiff's Motion for Post-Verdict Fees in the amount of $125,942.50, to date, is GRANTED.

## IV. PLAINTIFF'S MOTION FOR PRE-JUDGMENT INTEREST IS GRANTED IN PART

The decision to award prejudgment interest "under federal law is a matter left to the sound discretion of the trial court." *Purcell v. United States*, 1 F.3d 932, 942–43 (9th Cir. 1993); *see also Western Pacific Fisheries v. SS President Grant*, 730 F.2d 1280, 1288 (9th Cir.1984). The Court declines to award pre-judgment interest for the time it took for the Complaint to be screened and proceed through the mediation program, or for the generally expected timeline for cases of this type. However, the Court finds Defendants' discovery conduct in this matter resulted in unreasonable delay, and for the reasons discussed during the February 5, 2026,

hearing in this matter, the Court finds that the balance of equities supports an award of one year of prejudgment interest. Accordingly, Plaintiff's Motion for Prejudgment Interest is GRANTED IN PART. Plaintiff is awarded prejudgment interest in the amount of $178,257.75. *See* ECF 139 at pp. 21-22 (discussing applicable T-Bill rate of 4.10%).

### V.  PLAINTIFF'S MOTION FOR POST-JUDGMENT INTEREST IS GRANTED

An award of post-judgment interest on a District Court judgment is mandatory and accrues from the date the judgment is entered. 28 U.S.C. § 1961; *see Air Separation Inc. v. Underwriters at Lloyd's of London,* 45 F.3d 288, 289–90 (9th Cir.1995) (holding that post judgment interest is mandatory, and noting that the "[f]ailure to award post judgment interest would create an incentive for defendants to exploit the time value of money by frivolously appealing or otherwise delaying payment."). Interest should be awarded on the entire judgment, including any pre-judgment interest and attorneys' fees. *Id.* at 291. Accordingly, Plaintiff's Motion for Post-Judgment Interest on the verdict, one year pre-judgment interest, and post-verdict attorneys' fees, in the amount of $136,384.99 and continuing to accrue at a rate of $522.55/day, as detailed below, is GRANTED. *See* ECF 139 at pp. 22-23 (discussing applicable T-Bill rate of 4.10%).

| | | Post-Judgment Daily Interest Rate (4.10%) |
|---|---|---|
| One Year Prejudgment Interest | $ 178,257.75 | $ 20.02 |
| Verdict | $ 4,347,750.00 | $ 488.38 |
| Post-Verdict Fees as of 3/9/26 (261 days) | $ 125,942.50 | $ 14.15 |
| | | |
| **Post Judgment Interest as of 3/9/26 (261 days)** | **$ 136,384.99** | **$ 522.55** |

### VI. CONCLUSION

Plaintiff is hereby awarded $473,343.05 in fees, costs and interest, to date, on the verdict

of $4,347,750.00, calculated as follows:

| HHEG costs | $ 29,561.41 |
|---|---|
| Breeden costs | $ 2,794.40 |
| Mork costs | $ 402.00 |
| Post-Verdict Fees as of 3/9/26 (261 days) | $ 125,942.50 |
| One Year Prejudgment Interest | $ 178,257.75 |
| Post Judgment Interest as of 3/9/26 (261 days) | $ 136,384.99 |
|  |  |
| **Total** | **$ 473,343.05** |

Post-judgment interest will continue to accrue at a rate of $522.55 per day until these amounts are paid.

Respectfully submitted this 9th day of March, 2026.

By: */s/ Rachel Kennedy*
RACHEL KENNEDY, Colorado Bar No. 54038
Holland, Holland Edwards, & Grossman, LLC
1437 N. High Street
Denver, CO 80218
rachel@hheglaw.com
*Attorney for Plaintiff, pro hac vice*

IT IS SO ORDERED

DATED this 11th day of March, 2026.

_____
Miranda M. Du, U.S. District Judge

4

| Total Costs Sought as of March 9, 2026 | | |
|---|---|---|
| 7/25/24 | Thomas Flynn | $ 2,000.00 |
| 11/15/24 | Cert of Good Standing - Dan & Rachel | $ 30.00 |
| 11/21/24 | Veritext - Deposition Transcripts | $ 2,361.65 |
| 12/19/24 | Thomas Flynn | $ 5,520.00 |
| 6/15/25 | Trial Flights, VRBO | $ 4,567.85 |
| 7/2/25 | Kathy French - Trial Transcript | $ 3,200.00 |
| 7/2/25 | Veritext - Deposition Transcripts | $ 731.25 |
| 7/14/25 | Thomas Flynn - Trial Testimony | $ 7,940.00 |
| 7/15/25 | Trial Rental Car, Nick Hotel, Nick Flight | $ 2,480.36 |
| 9/15/25 | Ninth Circuit Admission | $ 460.00 |
| 2/2/26 | February 5, 2026 Hearing Transcript | $ 270.30 |
| | Breeden & Associates Costs (ECF 139.6) | $ 2,794.40 |
| | Nicolai Mork Costs (ECF 139) | $ 402.00 |
| | | $ 32,757.81 |

| DATE | TASK | Anna Holland Edwards | Brooke Thiele-LaForest | Rachel Kennedy | Emma Richards | Erica Grossman |
|---|---|---|---|---|---|---|
| 6/23/25 | Communications with client | 1 | | | | |
| 6/23/25 | Call with Randy Gillmer re post verdict motions and negotiations | | | | | |
| 6/23/25 | RK research fee petition | | | 2 | | |
| 6/23/25 | Download & save Doc. 126 | | 0.1 | | | |
| 6/23/25 | Download & save Docs. 127, 128, 130, 131, 133 | | 0.2 | | | |
| 6/23/25 | Call with counsel from Stewart v. Aranas case | Write off | | 0.5 | | |
| 6/23/25 | Call with DAG | 0.3 | | Write off | | |
| 6/23/25 | Prejudgment interest research | | | 2 | | |
| 6/23/25 | Calls with client, also 6/28, 7/2, 7/9, | 0.8 | | | | |
| 6/24/25 | Call with client | 0.5 | | | | |
| 6/24/25 | Draft shell of Fee Petition | | 0.5 | | | |
| 6/24/25 | Order Trial Transcript from Ms. French | | 0.2 | | | |
| 6/24/25 | Post trial research | 3 | | 3 | | |
| 6/24/25 | Preparation for and Call with Luke Busby and Lauren Gorman re fee petition, declarations, other cases in the region | 1 | | | | |
| 6/25/25 | PLRA fee petition research | | | | 2 | |
| 6/26/25 | AHE consultation with 9th circuit lawyers re pre-trial interest, fee petitions, other civil rights actions | 1 | | | | |
| 6/26/25 | PLRA fee petition | | | | 1 | |
| 6/26/25 | RK research PLRA and initial filing | | | 3 | | |
| 6/27/25 | Westlaw research on pre judgment interest | 2 | | | | |
| 6/27/25 | Westlaw research RK PLRA | | | 1.3 | | |
| 6/30/25 | Westlaw research RK prejudgment interest | | | 3.3 | | |

| DATE | TASK | Anna Holland Edwards | Brooke Thiele-LaForest | Rachel Kennedy | Emma Richards | Erica Grossman |
|---|---|---|---|---|---|---|
| 7/1/25 | Call with Leslie Nino Piro and calls with Randy Gillmer, conferral regarding extension | 0.8 | | Write off | | |
| 7/1/25 | Drafting and filing extension request for fee petition (Doc. 134) | 1 | 0.5 | Write off | | |
| 7/1/25 | Download & save Doc. 135 & calendar same | | 0.1 | | | |
| 7/2/25 | RK research other outcomes and fee petition research | 1 | | 2 | | |
| 7/7/25 | RK work on fee petition and research and drafting | 2 | | 4 | | |
| 7/8/25 | Fee petition | | | 1.5 | | |
| 7/8/25 | Download & save Doc. 136-138 | | 0.1 | | | |
| 7/10/25 | Work on declarations, 7/10-7/11 | 5 | | 6 | | |
| 7/14/25 | Declarations for fee petition | | | 1 | | |
| 7/15/25 | Fee petition and exhibits | 1 | | 3 | | |
| 7/16/25 | Fee petition drafting and editing | 2 | | 4 | | |
| 7/17/25 | Finalizing calculations, reviewing all declarations, editing fee petition, verifying interest rate calculations | 4 | | 4 | | |
| 7/18/25 | Finalizing fee petition, declarations, exhibits | 3 | | 3 | 0.5 | |
| 7/18/25 | Finalize, file, download & save Docs. 139 &142 | | 1.5 | | | |
| 7/18/25 | Download & save Docs. 140, 143, 143 | | 0.2 | | | |
| 7/21/25 | Responding to motions for judgment as a matter of law, new trial, and remittitur | 1 | | 4 | | |
| 7/21/25 | Draft, edit, file, download & save Doc. 144 | 0.1 | 0.4 | | | |
| 7/21/25 | Download & save Doc. 145 | | 0.1 | | | |

| DATE | TASK | Anna Holland Edwards | Brooke Thiele-LaForest | Rachel Kennedy | Emma Richards | Erica Grossman |
|---|---|---|---|---|---|---|
| 7/23/25 | Responding to motions for judgment as a matter of law, new trial, and remittitur | | | 4 | | |
| 7/24/25 | Download & save Appeal Doc. 2.1, calendar deadline | | 0.1 | | | |
| 7/24/25 | Responding to motions for judgment as a matter of law, new trial, and remittitur | | | 1.5 | | |
| 7/25/25 | Download & save Appeal Doc. 5.1 | | 0.1 | | | |
| 7/25/25 | Responding to motions for judgment as a matter of law, new trial, and remittitur | | | 3.75 | | |
| 7/28/25 | Responding to motions for judgment as a matter of law, new trial, and remittitur | | | 3 | | |
| 7/29/25 | Responding to motions for judgment as a matter of law, new trial, and remittitur | | | 5.5 | | |
| 7/30/25 | Responding to motions for judgment as a matter of law, new trial, and remittitur | | | 4.25 | | |
| 8/4/25 | Responding to motions for judgment as a matter of law, new trial, and remittitur | | | 4 | | |
| 8/5/25 | Responding to motions for judgment as a matter of law, new trial, and remittitur | | | 5 | | |
| 8/6/25 | Responding to motions for judgment as a matter of law, new trial, and remittitur | | | 6 | | |

| DATE | TASK | Anna Holland Edwards | Brooke Thiele-LaForest | Rachel Kennedy | Emma Richards | Erica Grossman |
|---|---|---|---|---|---|---|
| 8/7/25 | Responding to motions for judgment as a matter of law, new trial, and remittitur | | | 4 | | |
| 8/8/25 | Responding to motions for judgment as a matter of law, new trial, and remittitur | | | 6 | | |
| 8/8/25 | Download & save Appeal Doc. 9.1 | | 0.1 | | | |
| 8/11/25 | Responding to motions for judgment as a matter of law, new trial, and remittitur | 1 | | 5 | | |
| 8/12/25 | Conferral with opposing counsel | 0.5 | | | | |
| 8/12/25 | Responding to motions for judgment as a matter of law, new trial, and remittitur | | | 5 | | |
| 8/13/25 | Download & save Appeal Doc. 10.1 & calendar same | | 0.1 | | | |
| 8/13/25 | Call with local counsel | 0.5 | | | | |
| 8/13/25 | Research & Draft 9th Circuit Admission for Anna | | 0.3 | | | |
| 8/13/25 | Responding to motions for judgment as a matter of law, new trial, and remittitur | 2 | | 5 | | |
| 8/14/25 | Submit Anna Admission to 9th Circuit | | 0.2 | | | |
| 8/14/25 | Review, editing, research on responses to motions for judgment as a matter of law, new trial and remittitur | 6 | | | | |
| 8/14/25 | Draft, edit, file, download & save Doc. 150 | 0.2 | 0.5 | | | |
| 8/14/25 | Draft, edit, file, download & save Doc. 151 | 0.2 | 0.5 | | | |
| 8/15/25 | Download & save Doc. 153 | | 0.1 | | | |

| DATE | TASK | Anna Holland Edwards | Brooke Thiele-LaForest | Rachel Kennedy | Emma Richards | Erica Grossman |
|---|---|---|---|---|---|---|
| 8/15/25 | Responding to motions for judgment as a matter of law, new trial, and remittitur | 1 | | 3 | | |
| 8/16/25 | Responding to motions for judgment as a matter of law, new trial, and remittitur | | | 4 | | |
| 8/18/25 | Responding to motions for judgment as a matter of law, new trial, and remittitur | 6 | | 7 | | |
| 8/19/25 | Responding to motions for judgment as a matter of law, new trial, and remittitur | 1 | | 2 | | |
| 8/19/25 | Finalize Anna declaration to Response to JMOL | | 0.5 | | | |
| 8/19/25 | Finalize, file, download & save Doc. 154 | | 2 | | | |
| 8/19/25 | Draft, edit, file, download & save Doc. 155 | 0.1 | 0.3 | | | |
| 8/20/25 | Download & save Doc. 157, file Docs. 158 & 159 | | 1 | | | |
| 8/20/25 | Ninth Circuit entry of appearance, research for replying to motion for attorneys' fees | 1 | | | | |
| 8/21/25 | Download & save Appeal Doc. 11 & calendar same | | 0.1 | | | |
| 8/21/25 | Mediation call, Ninth Circuit | 1 | | Write off | | |
| 8/22/25 | Research for appeal and reply to attorneys' fee petition | 1.5 | | | | Write off |
| 8/25/25 | Research on PLRA and pre-judgment interest | 3 | | | | |
| 8/26/25 | Research on prejudgment interest | 2 | | | | |

| DATE | TASK | Anna Holland Edwards | Brooke Thiele-LaForest | Rachel Kennedy | Emma Richards | Erica Grossman |
|---|---|---|---|---|---|---|
| 8/26/25 | Download & save Doc. 160 | | 0.1 | | | |
| 8/29/25 | Replying to motion for attorneys' fees | 2 | | | | |
| 9/1/25 | Replying to motion for attorneys' fees | | | 2 | | |
| 9/2/25 | Draft, edit & send for signature Erica Declaration for attorney fees reply | | 0.3 | | | |
| 9/2/25 | Finalize and sign Declaration for attorney fees | | | | | 0.5 |
| 9/2/25 | Replying to motion for attorneys' fees | 4 | | 7 | | |
| 9/2/25 | Finalize, file, download & save Doc. 162 | | 1 | | | |
| 9/3/25 | Research re enforcing judgment | | | 2 | | |
| 9/8/25 | Research re settlement and writ of execution | 0.5 | | 1 | | |
| 9/11/25 | Mediation call | Write off | | 1 | | |
| 9/15/25 | Download & save Appeal Doc. 12.1 & calendar same | | 0.1 | | | |
| 9/15/25 | Mediation memo research and transcript review | 1 | | 4 | | |
| 9/16/25 | Mediation memo research and transcript review | 1.5 | | 0.5 | | |
| 9/16/25 | Reviewing reply to JMOL motion | | | 0.5 | | |
| 9/17/25 | Mediation statement | 0.5 | | | | |
| 9/18/25 | Call with opposing counsel, research for appeal | 1.5 | | | | Write off |
| 9/19/25 | Strategy discussions | 0.5 | | Write off | | Write off |
| 9/29/25 | Mediation statement | | | 3 | | |
| 9/30/25 | Mediation statement | | | 0.5 | | |
| 10/1/25 | Mediation statement | | | 1 | | |
| 10/10/25 | Mediation statement and conferral | 1 | | 3.5 | | |
| 10/15/25 | Mediation statement | | | 2.5 | | |

| DATE | TASK | Anna Holland Edwards | Brooke Thiele-LaForest | Rachel Kennedy | Emma Richards | Erica Grossman |
|---|---|---|---|---|---|---|
| 10/16/25 | Mediation statement | | | 3 | | |
| 10/20/25 | Mediation statement and conferral | 0.5 | | 1 | | |
| 10/22/25 | Mediation prep | | | 1.5 | | |
| 10/23/25 | Mediation | 4 | | 4 | | |
| 10/24/25 | Download & save Appeal Doc. 13 | | 0.1 | | | |
| 1/28/26 | Download & save Doc. 168 & calendar same | | 0.1 | | | |
| 1/29/26 | Hearing prep | | | 2 | | |
| 1/30/26 | Hearing prep | | | 2 | | |
| 2/2/26 | Hearing prep | | | 1 | | |
| 2/3/26 | Hearing prep | 1 | | 2 | | |
| 2/5/26 | Hearing and Hearing preparation | 2.3 | 0.5 | 1.3 | | |
| 2/5/26 | Download & save Doc. 170 | | | | | |
| 2/13/26 | Draft, finalize, file, download & save Plaintiff Notice of Appeal | | 0.2 | 0.5 | | |
| 2/18/26 | Download & save Pltf Appeal Docs. 1 & 2, calendar same | | 0.1 | | | |
| 2/20/26 | Download & save Appeal Doc. 14.1 | | 0.1 | | | |
| 2/23/26 | Finalize & file Plaintiff Appeal Doc. 3 | | 0.1 | 1 | | |
| 2/25/26 | Download & save Doc. 174 | | 0.1 | | | |
| 2/27/26 | Draft, finalize, file, download & save Doc. 175 | 0.5 | 0.2 | | | |
| 2/27/25 | Download & save Appeal Doc. 5, calendar same | | 0.1 | | | |
| 2/28/26 | Download & save Pltf Appeal Doc. 4, calendar same | | 0.1 | | | |
| 3/2/25 | Drafting proposed order | | | 1 | | |
| 3/3/26 | Download & save Appeal Doc. 15.1 & calendar same | | 0.1 | | | |
| 3/3/25 | Drafting proposed order | | | 2 | | |

| DATE | TASK | Anna Holland Edwards | Brooke Thiele-LaForest | Rachel Kennedy | Emma Richards | Erica Grossman |
|---|---|---|---|---|---|---|
| 3/4/25 | Reviewing proposed order | Write off | | | | |
| 3/4/26 | Downlad & save Appeal Docs. 16 & 17 | | 0.1 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | Total Hours | 78.3 | 13.2 | 176.4 | 3.5 | 0.5 |
| | Rate | $ 600.00 | $ 190.00 | $ 400.00 | $ 75.00 | $ 550.00 |
| | Total Fees | $ 46,980.00 | $ 2,508.00 | $ 70,560.00 | $ 262.50 | $ 275.00 |
| | | | | | | |
| | Total HHEG fees | | | | | $120,585.50 |
| | Total Breeden & Associates fees (Ex. 3) | | | | | $5,357.00 |
| | Total Attorneys' Fees sought | | | | | $125,942.50 |

| Date | Person | Activity | Description | Time | Rate | Billed |
|---|---|---|---|---|---|---|
| **Adam Breeden** | | | | | | |
| 06/22/2025 | Adam Breeden | Draft | Reviewed amended verdict form for N. Mork (Client) re: liability and damages. | 0.20 | $550.00/hr | Write off |
| 06/23/2025 | Adam Breeden | Review | Review of Order regarding Jury Meals. | 0.10 | $550.00/hr | Write off |
| 06/23/2025 | Adam Breeden | Review/Prepare | Review of Judgment | 0.20 | $550.00/hr | Write off |
| 06/23/2025 | Adam Breeden | Review/Prepare | Review of jury verdict filing | 0.10 | $550.00/hr | Write off |
| 06/30/2025 | Adam Breeden | Draft | Review billing, prepare Declaration of counsel under LR 54-14 to support | 1.80 | $550.00/hr | $990.00 |
| 07/01/2025 | Adam Breeden | Meeting | Review Minute Order in Chambers | 0.10 | $550.00/hr | Write off |
| 07/18/2025 | Adam Breeden | Draft | Review and reply email from A. Edwards (outside co-counsel) regarding | 0.40 | $550.00/hr | Write off |
| 07/18/2025 | Adam Breeden | Draft | Review motion - defendant's request for remittitur by defendants (25 pages) | 0.60 | $550.00/hr | $330.00 |
| 07/18/2025 | Adam Breeden | Draft | Review bill of motion document | 0.30 | $550.00/hr | $165.00 |
| 07/18/2025 | Adam Breeden | Review | Review Defendants' Motion for New Trial (25 pages) | 0.50 | $550.00/hr | $275.00 |
| 07/18/2025 | Adam Breeden | Review | Review Motion -Judgment Defendants' Rule 50(b) Renewed Motion for | 0.50 | $550.00/hr | $275.00 |
| 07/18/2025 | Adam Breeden | Review | Review of motion for Attorney Fees, Costs and Interest by Plaintiff | 0.50 | $550.00/hr | $275.00 |
| 07/21/2025 | Adam Breeden | Review | Review Notice of Appeal by Defendants | 0.20 | $550.00/hr | $110.00 |
| 07/21/2025 | Adam Breeden | Review | Review Unopposed motion for extension of time to file response to defendants | 0.20 | $550.00/hr | $110.00 |
| 07/22/2025 | Adam Breeden | Review | Review of Plaintiff's Unopposed Motion For Extension of Time to File | 0.20 | $550.00/hr | Write off |
| 07/28/2025 | Adam Breeden | Draft | Review of Ninth Circuit appeal documents | 0.20 | $550.00/hr | $110.00 |
| 07/29/2025 | Adam Breeden | Draft | Prepare and efile notice of appearance of counsel in ninth circuit appeal | 0.20 | $550.00/hr | $110.00 |
| 07/31/2025 | Adam Breeden | Draft | Review of First UNOPPOSED MOTION Defendants' Unopposed Motion For | 0.30 | $550.00/hr | $165.00 |
| 08/13/2025 | Adam Breeden | Review | Review Order - Mediation Conference Scheduled | 0.30 | $550.00/hr | Write off |
| 08/13/2025 | Adam Breeden | Review | Draft correspondence to lead co-counsel regarding scheduling of mediation confer | 0.1 | $550.00/hr | Write off |
| 08/13/2025 | Adam Breeden | Review | Review correspondence from A. Edwards (outside co-counsel) regarding | 0.10 | $550.00/hr | $55.00 |
| 08/15/2025 | Adam Breeden | Review | Review Response to Motion for Attorney Fees by Defendants | 0.50 | $550.00/hr | $275.00 |
| 08/15/2025 | Adam Breeden | Review | Review filing granting motions for an extension to file response | 0.10 | $550.00/hr | Write off |
| 08/20/2025 | Adam Breeden | Review/Prepare | Draft correspondence to mediation office regarding telephonic mediation status | 0.20 | $550.00/hr | $110.00 |
| 08/22/2025 | Adam Breeden | Review | Review of minutes from trial day 1 | 0.10 | $550.00/hr | $55.00 |
| 08/26/2025 | Adam Breeden | Review | Review motion to extend time regarding response by defendants | 0.30 | $550.00/hr | Write off |
| 08/27/2025 | Adam Breeden | Review | Review defendant's unopposed motion for extension of time to file replies to | 0.10 | $550.00/hr | Write off |
| 09/06/2025 | Adam Breeden | Review/Prepare | Review defendant's motion for extension of time to file replies to plaintiff's | 0.10 | $550.00/hr | Write off |
| 09/15/2025 | Adam Breeden | Review/Prepare | Review correspondence confirming mediation scheduling | 0.10 | $550.00/hr | $55.00 |
| 09/16/2025 | Adam Breeden | Review/Prepare | Review and reply to correspondence from A. Edwards regarding updates in case | 0.20 | $550.00/hr | $110.00 |
| 10/24/2025 | Adam Breeden | Review | Review order - mediation released | 0.10 | $550.00/hr | Write off |
| 01/14/2026 | Adam Breeden | Draft | Draft email to co-counsel re status of appeal and settlement | 0.20 | $550.00/hr | $110.00 |
| 02/02/2026 | Adam Breeden | Review | Review several emails from the court and counsel re: hearing on outstanding | 0.40 | $550.00/hr | $220.00 |

| 02/03/2026 | Adam Breeden | Review | Review correspondence from K. Walker (court clerk) re: videoconference | 0.10 | $550.00/hr | Write off |
|---|---|---|---|---|---|---|
| 02/03/2026 | Adam Breeden | Review | Review of email from Rachel Kennedy (co-counsel) re upcoming hearing | 0.10 | $550.00/hr | $55.00 |
| 02/05/2026 | Adam Breeden | Appearance/Hearing | Videoconference hearing with District Court on various post-verdict motions | 1.00 | $550.00/hr | $550.00 |
| 02/05/2026 | Adam Breeden | Review | Review of Filing - Minutes of Proceedings re all pending motions | 0.30 | $550.00/hr | $165.00 |
| 02/13/2026 | Adam Breeden | Review | Review Notice of Appeal as to Motion for Attorney's Fees, Interest, etc. | 0.20 | $550.00/hr | $110.00 |
| 02/19/2026 | Adam Breeden | Review | Review Order setting briefing schedule on new appeal filed by Mork | 0.20 | $550.00/hr | $110.00 |
| 02/20/2026 | Adam Breeden | Review | Review Amended Notice of Appeal by Henderson and Naughton | 0.20 | $550.00/hr | $110.00 |
| 02/26/2026 | Adam Breeden | Review | Review Court filing of transcript notice | 0.20 | $550.00/hr | Write off |
| 02/27/2026 | Adam Breeden | Review | Review notice of filing for transcript | 0.10 | $550.00/hr | Write off |
| 02/27/2026 | Adam Breeden | Review | Review correspondence from A. Holland-Edwards (co-counsel) re: ordering of | 0.20 | $550.00/hr | $110.00 |
| 03/03/2026 | Adam Breeden | Review | Review Order lifting stay on appeal | 0.20 | $550.00/hr | $110.00 |
| 03/04/2026 | Adam Breeden | Review | Review Notice of Appearance by Jeffrey Morgan Conner | 0.10 | $550.00/hr | Write off |
| | | | **Totals for Adam Breeden** | | | **$5,225.00** |

**Alyssa Piraino and Kirsten Brown**

| 09/09/2025 | Alyssa Piraino | Research | Researching writ of exection against State | 1.70 | $450.00/hr | Write off |
|---|---|---|---|---|---|---|
| 01/29/2026 | Kirsten Brown | Review | Review Filing: Minute Order Setting Hearing; update calendar | 0.10 | $110.00/hr | $11.00 |
| 02/02/2026 | Kirsten Brown | Review | Review Filing: Notice of Association of Counsel | 0.10 | $110.00/hr | $11.00 |
| 02/03/2026 | Kirsten Brown | Other | Request Zoom details from Courtroom Administrator for upcoming hearing; update calendar | 0.10 | $110.00/hr | $11.00 |
| 02/04/2026 | Kirsten Brown | Other | Update calendar re hearing Zoom details received from Court via email | 0.10 | $110.00/hr | $11.00 |
| 02/05/2026 | Kirsten Brown | Review | Review Filing: Minutes of Proceedings | 0.10 | $110.00/hr | $11.00 |
| 02/13/2026 | Kirsten Brown | Review | Review Notice of Appeal | 0.10 | $110.00/hr | $11.00 |
| 02/20/2026 | Kirsten Brown | Review | Review Filing: Amended Notice of Appeal by Defendants Henderson and | 0.10 | $110.00/hr | $11.00 |
| 02/20/2026 | Kirsten Brown | Review | Review Filing: USCA Time Schedule Order | 0.20 | $110.00/hr | $22.00 |
| 02/25/2026 | Kirsten Brown | Review | Review Filing: Transcript of Proceedings | 0.10 | $110.00/hr | $11.00 |
| 02/27/2026 | Kirsten Brown | Review | Review of email from A. Edwards (co-counsel) re appeal | 0.10 | $110.00/hr | $11.00 |
| 02/27/2026 | Kirsten Brown | Review | Review Filing: Notice of Ordering Transcript | 0.10 | $110.00/hr | $11.00 |
| | | | **Totals for Aylssa Piraino and Kirsten Brown** | | | **$132.00** |
| | | | **Grand Total** | | | **$ 5,357.00** |